UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:13-cv-00025-WTH-PRL

LILIA BELKOVA,

    Plaintiff,
vs.

MARION COUNTY SHERIFF'S
OFFICE, ANIELLO SCALA,
MARJORIE BRUNER, and
RICHARD PETERS,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Lilia Belkova and Defendants, Chris Blair, as Sheriff of Marion County, Florida, Aniello Scala, in his individual capacity, Marjorie Bruner, in her individual capacity, and Richard Peters, in his individual capacity, by and through their undersigned attorneys and pursuant to Rule 41, Federal Rules of Civil Procedure, notice the Court that this matter has been fully resolved by the parties and do hereby stipulate to the Dismissal With Prejudice of this action as it relates to such entity, with each party bearing its own costs and attorney's fees.

[SIGNATURE PAGE TO FOLLOW]

DATED: ~~October~~ November 7, 2014

/s/ Valentin Rodriguez
Florida Bar. No. 047661
Valentin Rodriguez, P.A.
120 S. Dixie Highway, Suite 204
West Palm Beach, Florida 33401
Tel: (561) 832-7510
Fax: (561) 537-7050
E-Mail: defend1@bellsouth.net
Attorneys for Plaintiff

DATED: ~~October , 2014~~ November 10, 2014

/s/ John M. Green, Jr.
Florida Bar No. 107993
John M. Green, Jr., P.A.
125 N.E. First Ave., Ste. 2
Ocala, Florida 34470
Tel: (352) 732-9252
Fax: (888) 545-7282 – Toll Free
E-Mail: jmgjr@mac.com
Attorneys for Defendants, Chris Blair in his official capacity as Sheriff of Marion County, Florida, Aniello Scala, Marjorie Bruner and Richard Peters

DATED: ~~October~~ November 7, 2014.

By: _____
Lilia Belkova,
Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **November 10, 2014**, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will send notice of electronic filing to the following: Valentin Rodriguez, Jr. I further certify that I sent the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/EMF system participants: N/A.

/s/ **John M. Green, Jr.**
Florida Bar No. 0107993
John M. Green, Jr., P.A.
125 N.E. First Ave., Ste. 2
Ocala, Florida 34470
Tel: (352) 732-9252
Fax: (888) 545-7282 – Toll Free
jmgjr@mac.com
Attorneys for Defendants